IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| COREY DESHAWN<br>d/b/a Corey Deshawn Surveyor,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM DAVID BAYS,<br><br>Defendant. | § § § § § § § § § § § § | Civil Action No. 4:19-cv-00101-O |

## ORDER

This is a civil action brought by Corey DeShawn, proceeding *pro se* and *in forma pauperis*, against William Davis Bays ("Bays"), his former attorney, alleging legal malpractice. Pursuant to 28 U.S.C. § 636(b), this action was referred to the United States Magistrate Judge for pretrial management and screening. On July 8, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed (ECF No. 12), to which no objections were made. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the Magistrate Judge, the court determines that the findings and conclusions are correct in recommending that the Court dismiss Plaintiff's lawsuit for lack of subject matter jurisdiction. Accordingly, the Magistrate Judge's findings are **accepted** as those of the Court. Plaintiff's claims are **dismissed without prejudice** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). A final judgment dismissing this case will issue by separate document.

**SO ORDERED** on this **29th day** of **July, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE